William N. Besant, Respondent, v. Peter Lutz, Appellant.— Judgment of the County Court of Westchester county affirmed by default, with costs. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Andrew W. Boitel, an Infant, by Ida Boitel, His Guardian ad Litem, Respondent, v. George B. Shilling, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of *Fisher Malting Co.* v. *Brown* (92 App. Div. 251); *McMann* v. *Brown* (Id. 249); *Brown* v. *Gauss* (95 N. Y. Supp. 538); *McGrath* v. *Murtha & Schmohl Co.* (128 App. Div. 278); *Holtzoff* v. *Dodge & Olcott Co.* (134 id. 353). Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Cafe Goldman, Respondent, v. Abraham Margulies, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Cross, Austin & Ireland Lumber Company, Respondent, v. Archibald Hadden and A. Hadden Company, Appellants, Impleaded with Bayside Lumber Company and George Thompson, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

First National Bank of Detroit, Michigan, Respondent, v. Harry B. Hollins and Others, Defendants. Rafael R. Govin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Proceedings to enter judgment for default of an answer are stayed until five days after the entry of the order herein, to enable defendant to apply at the Special Term of this court for leave to answer, if he is so advised, upon such terms as may be just. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Caroline Goepfert, Plaintiff, v. Charles Brank and Annie Brank, Defendants, Impleaded with John Wolberg, Respondent, and Sadie Brozgel, Appellant. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Hannah A. Harris, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

John Krieg, Appellant, v. Cecelia Hoins, Respondent, and Charles Hoins, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.